# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2278
_____

RACHEL TIVY,

    Appellant,

v.

OFFICE OF THE UNIVERSITY
REGISTRAR,

    Appellee.

_____

On appeal from The University of Florida Board of Trustees.

February 21, 2024

PER CURIAM.

DISMISSED. *See Elmouki v. Dep't of Transp.*, 251 So. 3d 290, 291 (Fla. 1st DCA 2018).

B.L. THOMAS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rachel Tivy, pro se, Appellant.

James W. Kirkconnell and Brande S. Smith, Office of General Counsel, University of Florida, Gainesville, for Appellee.